UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| SYLVESTER BROWN | CIVIL ACTION NO. 3:23-CV-00066 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| MADISON CORRECTIONAL CENTER BUILDING 4, ET AL | MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 6] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections having been filed into the record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Sylvester Brown's claims be **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

THUS, DONE AND SIGNED in chambers this 24th day of February 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE